IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


JAMES H. KNIGHT,
    Petitioner,

vs.                                                Case No. 3:07cv545/RV/EMT

JAMES R. McDONOUGH,
    Respondent.
_____/

## O R D E R

       Petitioner commenced this action by filing a petition for writ of habeas corpus under 28 U.S.C. § 2254 (Doc. 1).  Petitioner has also filed a Motion for Leave to Proceed in Forma Pauperis (Doc. 2).  Good cause having been shown, Petitioner's motion shall be granted.

       Two administrative matters must be addressed before Respondent will be directed to respond to the petition.  First, Petitioner has not named the proper party as Respondent.  Pursuant to 28 U.S.C. § 2242, the appropriate Respondent is the Secretary of the Department of Corrections, James R. McDonough; therefore, he shall be substituted as the sole Respondent in this cause, as the court has already done in the caption of this order.  Additionally, although Petitioner provided two copies of the petition itself for service upon Respondent, he failed to provide two copies of the exhibits attached to the petition.  Petitioner is advised that he must submit a complete copy of the petition, <u>including exhibits</u>, for each named Respondent and for the Attorney General of the State of Florida.  Therefore, Petitioner must submit two (2) copies of the exhibits attached to the petition.

       Accordingly, it is **ORDERED**:

       1.     The clerk shall change the docket to reflect that James R. McDonough is the sole Respondent in this action.

       2.     Petitioner's motion to proceed in forma pauperis (Doc. 2) is **GRANTED**.

3.      Within **TWENTY (20) DAYS** of the date of docketing of this order Petitioner shall submit two (2) complete copies of the exhibits attached to his petition as explained above.  This case number should be written on each copy.

4.      Petitioner's failure to comply with this order may result in the dismissal of this case.

**DONE AND ORDERED** this  3rd  day of January 2008.


*/s/ Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**