UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES HENRY KNIGHT

    VS                                  Case No.  3:07cv545/RV/EMT

WALTER A. McNEIL,[1]

**REFERRAL AND ORDER**

Referred to Magistrate Judge Timothy on    March 13, 2008
Type of Motion/Pleading: "REQUESTING HOW TO FILE OR SEND COPY OF MEMORANDUM OF LAW"
Filed by:   Petitioner   on  3/12/2008  Document   10

                               WILLIAM M. McCOOL, CLERK OF COURT

                               /s/ *C. Justice*
                               Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is **ORDERED** this 14th day of March, 2008, that:

(a)  The clerk of court is directed to change the docket to reflect that Walter McNeil is substituted for James McDonough as Respondent.

(b)  The requested relief is **GRANTED**.  Petitioner is hereby ordered to send a copy of his memorandum of law (Doc. 9) to Office of Attorney General, 1501 The Capitol, Tallahassee, FL 32399-1050, within **FIFTEEN (15) DAYS** of the date of docketing of this order.

                               /s/ *Elizabeth M. Timothy*
                               **ELIZABETH M. TIMOTHY**
                               **UNITED STATES MAGISTRATE JUDGE**

---

[1] Walter A. McNeil succeeded James McDonough as Secretary for the Department of Corrections, and is automatically substituted as Respondent.  *See* Fed. R. Civ. P. 25(d)(1).